# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**SHELDON PARKER**

    Plaintiff,

**CASE NO. 5:21-cv-00314-JRM-PRL**

-vs-

**EXPERIAN INFORMATION SOLUTIONS, INC., and MOUNTAIN RUN SOLUTIONS, LLC,**

    **Defendants.**

_____

## EXPERIAN INFORMATION SOLUTIONS, INC.'S
## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

_____ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

\_\_X\_\_ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Respectfully submitted,

/s/ *Maria H. Ruiz*
Maria H. Ruiz (Florida Bar No. 182923)
MRuiz@kasowitz.com
KASOWITZ BENSON TORRES LLP
1441 Brickell Avenue, Suite 1420
Miami, Florida, 33131
(786) 587-1044 (t) / (305) 675-2601 (f)
*Counsel for Defendant Experian Information Solutions, Inc.*